**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

GILEAD SCIENCES, INC. and
EMORY UNIVERSITY,

Plaintiffs,

v.

HETERO DRUGS LTD., HETERO LABS LTD.,
and HETERO USA INC.,

Defendants.

C.A. No. 1:16-cv-04938-RMB-AMD

*Electronically Filed*

## ORDER ON STIPULATION FOR DISMISSAL

The Court, upon the consent and request of Plaintiffs, GILEAD SCIENCES, INC.

("Gilead") and EMORY UNIVERSITY ("Emory"), and Defendants, HETERO DRUGS LTD.,

HETERO LABS LTD., and HETERO USA INC. ("Hetero") for the entry of a Stipulation for

Dismissal; and the Court being of the opinion that said request should be GRANTED, it is

hereby ORDERED, ADJUDGED and DECREED as follows:

All claims, counterclaims or causes of action asserted in this suit by and between Gilead,

Emory and Hetero are hereby dismissed with prejudice.

It is further ORDERED that each party shall bear its own costs, expenses and attorney's

fees and that the Court shall retain exclusive jurisdiction over any dispute between the parties

relating to the resolution of the Action, including for the purpose of enforcing the terms of the

settlement agreement.

It is further ORDERED that either party may write to the Court to reopen this matter and

restore it to the active docket at any time within sixty (60) days after termination of discussions

between the parties to cure any objections raised by the Federal Trade Commission and/or

Department of Justice.

    The Clerk of the Court is directed to enter this Stipulation and Order forthwith.


Dated: August 25, 2016


    */s/ Liza M. Walsh*

Liza M. Walsh
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, New Jersey 07102
(973) 757-1100

    **OF COUNSEL**:

David B. Bassett
David A. Manspeizer
Jonathan E. Barbee
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: 212-230-8800
Fax: 212-230-8888

Christopher Borello
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-218-2100
Fax: 212-218-2200

*Attorneys for Plaintiffs Gilead Sciences, Inc.*
*and Emory University*

John Thallemer

John Thallemer
Director – Intellectual Property
HETERO USA INC.
1035 Centennial Avenue
Piscataway, NJ 08854
Office: 732-529-0419

*Attorney on behalf of Defendants Hetero*
*Drugs Ltd., Hetero Labs Ltd., and Hetero*
*USA Inc.*

IT IS SO ORDERED THIS __26th__ day of __August__, 2016.

Hon. Renee M. Bumb
UNITED STATES DISTRICT JUDGE